UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-8935 ODW(PJWx) | Date | August 16, 2010 |
|---|---|---|---|
| Title | Nike, Inc. v. Zona USA, Inc. et al | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Tuesday, September 7, 2010** why this action should not be dismissed for lack of prosecution as to defendants Daniel Kim and Zona USA, Inc. d/b/a KONA USA, Inc. Default against defendant(s) Daniel Kim and Zona USA, Inc. d/b/a KONA USA, Inc. was entered by the Clerk on August 6, 2010 (see [15]; corrected at [16].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

> **1. Plaintiff's filing of a noticed motion for entry of default judgment against the above-referenced defendants.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

                                                                    :    00

                                        Initials of Preparer    RGN